Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone: 707-526-4250
Facsimile: 707-526-0347
Email: bfreeman@sennefflaw.com

Attorneys for Defendants John Gillette and Jeffrey Toney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA JOHNSTON, | No. CV 10 3592 JSC |
| Plaintiff, | DEFENDANTS JOHN GILLETTE AND JEFFREY TONEY'S APPLICATION FOR ORDER AND ORDER TO ALLOW DELIVERY OF ELECTRONIC EQUIPMENT TO COURTROOM |
| v. | |
| COUNTY OF SONOMA; et al., | |
| Defendants. | Trial Date: October 1, 2012 |

_____/

Defendants here apply for an order to permit counsel for Defendants John Gillette and Jeffrey Toney to bring electronic equipment, consisting of an ELMO overhead presenter, projector and screen, to Courtroom F for display of exhibits at trial. The electronic equipment may be brought to court during the trial, as needed, from October 1, 2012 to October 5, 2012.

DATED: September 20, 2012

SENNEFF FREEMAN & BLUESTONE, LLP

By: /s/ Bonnie A. Freeman
Bonnie A. Freeman
Attorneys for Defendants John Gillette and Jeffrey Toney

IT IS SO ORDERED.

Dated: September 21, 2012

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

SENNEFF FREEMAN BLUESTONE

NO. CV 10-3592 JSC: APPLICATION FOR ORDER RE: EQUIPMENT AND ORDER THEREON    1